1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

7
8

SYBILLA RANDOLPH, individually and on
behalf of all other similarly situated
individuals,

9

               Plaintiff,

10

    v.

11
12

CENTENE MANAGEMENT COMPANY,
LLC,

13

               Defendant.

Case No. 3:14-cv-05730-BHS

**JOINT MOTION TO MODIFY
SCHEDULING ORDER**

Hearing Date: September 17, 2015

14
15
16
17
18
19
20

     Plaintiff Sybilla Randolph ("Plaintiff") and Defendant Centene Management Company, LLC ("Defendant"), by and through their respective undersigned counsel, hereby jointly file this Joint Motion to Modify Scheduling Order ("Joint Motion") to extend the deadline for Plaintiff's anticipated Rule 23 class certification motion until after the Court issues its decision on Plaintiff's pending Motion for Leave to Amend the Complaint, (Dkt. No. 91). In support of this Joint Motion, the parties submit and stipulate to the following:

21
22
23
24

    1.    Plaintiff, on her own behalf and on behalf of the putative members of the proposed FLSA collective action and Rule 23 class, filed her Complaint, alleging violations of the Fair Labor Standards Act ("FLSA") and Washington state wage and hour law, on September 12, 2014. (Dkt. No. 1.)

25
26
27

    2.    On May 26, 2015, the Court modified the scheduling order as requested by the parties to extend the deadline for amending the complaint to 30 days after the end of the FLSA opt-in period. (Dkt. No. 55.) It also extended the motion deadline for Plaintiff's motion for

NICHOLS KASTER, PLLP
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
TEL. 612-256-3200 • FAX 612-338-4878

Rule 23 state law class certification, ordering the parties to meet and confer about the deadline but requiring Plaintiff to file her motion no later than 60 days after the close of the FLSA opt-in period.  (*Id.*)

3.     The FLSA opt-in period ended on July 31, 2015.  Plaintiff sought Defendant's agreement to her amendments adding Rule 23 state law claims and class representatives, but Defendant did not agree.  (Dkt. No. 91.)  Therefore, on August 31, 2015, Plaintiff filed her Motion for Leave to Amend the Complaint, seeking to add state law claims for California, Ohio, Missouri, and Illinois and related Rule 23 state law classes for each of the same states.  (*Id.*)  Plaintiff's motion is currently pending before the Court.

4.     On September 10, 2015, the parties met and conferred regarding the current deadline for Plaintiff to file her motion for Rule 23 class certification.  Given Plaintiff's pending motion seeking leave to amend the complaint to add four additional state law classes and claims, the parties agreed that briefing of class certification should occur after the parties knew the final scope of the Rule 23 classes to maximize efficiency and conserve judicial resources.

5.     LCR 16(b)(4) governs the modification of scheduling orders, and provides that the dates and schedule specified in the Court's scheduling order may be modified for good cause and with the Court's consent.

6.     Based upon the above, the parties agree that good cause exists to extend the deadline for Plaintiff to move for Rule 23 class certification of state law classes to at least thirty (30) days after the Court issues its decision on Plaintiff's Motion for Leave to Amend the Complaint ("Motion to Amend").  The parties have also agreed that Defendant will be given thirty (30) days after the filing of Plaintiff's motion for Rule 23 class certification to file its opposition.  To provide some predictability as to the deadlines, the parties have agreed on the following framework:  (a) If the Court issues its ruling on the Motion to Amend on or before October 16, 2015, then Plaintiff's motion for Rule 23 class certification will be due on November 13, 2015; Defendant's opposition will be due on December 14, 2015; and Plaintiff's

NICHOLS KASTER, PLLP
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
TEL. 612-256-3200 • FAX 612-338-4878

reply will be due on December 28, 2015. (b) If the Court issues its ruling on the Motion to Amend after October 16, 2015, then the parties will meet and confer within seven (7) days after the Court issues its ruling to propose a modified schedule, which will follow the same timeframes. The requested extension will allow the parties to brief Rule 23 class certification only for relevant state law claims and will allow the Court to address only relevant class certification issues in an efficient and cost-effective manner.

7. The parties further agree that no party will suffer any harm or prejudice as a result of the requested extensions.

8. Pursuant to the above stipulation, the parties jointly move the Court to approve the extension of the deadline for filing Plaintiff's motion for Rule 23 class certification of any state law claims and Defendant's opposition thereto.

WHEREFORE, the parties respectfully request that the Court enter an Order:

1. Extending the deadline for the parties' briefing on Rule 23 class certification as follows: Plaintiff's motion for Rule 23 class certification will be due on November 13, 2015; Defendant's opposition will be due on December 14, 2015; and Plaintiff's reply will be due on December 28, 2015. If, however, the Court issues its ruling on the Motion to Amend after October 16, 2015, then the parties will meet and confer within seven (7) days after the Court issues its ruling to propose a modified schedule, which will follow the same timeframes.

JOINT MOTION TO MODIFY SCHEDULING ORDER - 3
CASE NO. 3:14-CV-05730-BHS

NICHOLS KASTER, PLLP
4600 IDS Center, 80 S 8th Street
Minneapolis, MN 55402
TEL. 612-256-3200 • FAX 612-338-4878

| | |
|---|---|
| 1 | **TERRELL MARSHALL DAUDT &** |
| | **WILLIE, PLLC** |
| 2 | s/Toby Marshall |
| | Toby Marshall, WA Bar No. 32726 |
| 3 | 936 North 34th Street |
| | Suite 300 |
| 4 | Seattle, WA 98103 |
| | Telephone: (206) 816-6603 |
| 5 | Fax: (206) 350 3528 |
| 6 | tmarshall@tmdwlaw.com |
| 7 | **NICHOLS KASTER, PLLP** |
| 8 | s/Rachhana T. Srey |
| | Rachhana T. Srey, MN Bar No. 340133* |
| 9 | Alexander M. Baggio, MN Bar No. 389912* |
| 10 | 4600 IDS Center |
| | 80 South 8th Street |
| 11 | Minneapolis, MN 55402 |
| | Telephone: (612) 256-3200 |
| 12 | Fax: (612) 215-6870 |
| | srey@nka.com |
| 13 | abaggio@nka.com |
| 14 | |
| 15 | **DUNHAM & JONES, P.C.** |
| | David G. Langenfeld, TX Bar No. 11911325* |
| 16 | 1800 Guadalupe Street |
| | Austin, TC 78701 |
| 17 | Telephone: (512) 777-7777 |
| | Fax: (512) 340-4051 |
| 18 | |
| 19 | * Admitted Pro Hac Vice |
| 20 | **Attorneys For Plaintiffs and the Similarly** |
| | **Situated** |
| 21 | **IT IS SO ORDERED:** |
| 22 | |
| 23 | Dated: September 17, 2015 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

**LITTLER MENDELSON, P.C.**

s/Breanne Sheetz Martell

Douglas E. Smith, WA Bar No. 17319
Breanne Sheetz Martell, WA Bar No. 39632
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-3300
Fax: (206) 447-6965
desmith@littler.com
bsheetz@littler.com

**Attorneys For Defendant**

BENJAMIN H. SETTLE
United States District Judge

JOINT MOTION TO MODIFY SCHEDULING ORDER - 4
CASE NO. 3:14-CV-05730-BHS