UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYBILLA RANDOLPH, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>CENTENE MANAGEMENT COMPANY, LLC,<br><br>           Defendant. | CASE NO. C14-5730 BHS<br><br>ORDER DENYING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER |

      This matter comes before the Court on Plaintiffs Sybilla Randolph, Katherine Adams, Connie Malaska, Queonna Jackson, and Christine Koch's ("Plaintiffs") motion to modify scheduling order (Dkt. 119). Plaintiffs seek to extend the deadline for class certification in light of two pending discovery motions. *Id.* Defendant Centene Management Company, LLC ("Centene") opposes the motion, arguing Plaintiffs have not shown good cause to extend the deadline. Dkt. 121 at 2.

      The Court agrees with Centene. Under the local rules, a plaintiff must move for class certification within 180 days of filing the complaint. Local Rules, W.D. Wash.

ORDER - 1

LCR 23(i)(3). The deadline for class certification has already been extended several times in this case. *See* Dkts. 55, 97, 109. After reviewing the parties' briefing and the remainder of the file, the Court finds that Plaintiffs have not shown good cause to extend the class certification deadline for a fourth time. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); Local Rules, W.D. Wash. LCR 23(i)(3) (deadline for class certification "may be extended on a motion for good cause"). Therefore, it is hereby **ORDERED** that Plaintiffs' motion to modify scheduling order (Dkt. 119) is **DENIED**.

Dated this 11th day of January, 2016.

BENJAMIN H. SETTLE
United States District Judge