THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SYBILLA RANDOLPH, KATHERINE ADAMS, CONNIE MALASKA, QUEONNA JACKSON, AND CHRISTINE KOCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC,<br><br>Defendant. | Case No. 3:14-cv-05730-BHS<br><br>ORDER |

The above-titled matter came before this Court upon the Parties' Joint Motion for Preliminary Settlement Approval. Based upon the memoranda, exhibits, and all the files and proceedings herein, the Court makes the following:

## ORDER

1. The Parties' Joint Motion for Preliminary Settlement Approval is **GRANTED**.

2. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable, and adequate.

PROPOSED ORDER - 1
CASE NO. 3:14-CV-05730-BHS

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.338.4878
www.nka.com

3.  Pursuant to 29 U.S.C. § 216(b), the Court previously conditionally certified the following FLSA Collective pursuant to 29 U.S.C. § 216(b): All persons who are, have been, or will be employed by Defendant as Case Managers (also known as prior authorization, pre-certification, or concurrent review nurses) at any time from three years prior to the filing of this Complaint through the entry of judgment, and whose job it was to apply pre-determined criteria and guidelines to authorization requests submitted by healthcare providers.

4.  For settlement purposes only, the following Rule 23 State Law Settlement Class is certified pursuant to Fed. R. Civ. P. 23, pending final approval of the settlement: All individuals who are not FLSA Opt-In Plaintiffs who were employed by Defendant in Washington, California, Illinois, Missouri or Ohio as Case Manager utilization review nurses (also known as prior authorization, pre-certification, or concurrent review nurses) at any time during the applicable state law's statute of limitations period.

5.  Rachhana T. Srey and Alexander M. Baggio of Nichols Kaster, PLLP are appointed as Class Counsel.

6.  Nichols Kaster, PLLP is appointed as the settlement administrator.

7.  The form and content within the Parties' proposed FLSA Notice and Rule 23 Notice is approved.

8.  Class Counsel is ordered to distribute notice of the settlement no later than fourteen (14) days of this Order via U.S. postal mail and email to all persons who are eligible to participate in this settlement.

9.  The FLSA Collective members shall have forty-five (45) days to return a signed Release of Claims Form to participate in the settlement. The Rule 23 State Law Settlement Class members shall also have forty-five (45) days to exclude themselves from the state-law portion of the settlement or file their objection thereto.

10. Class Counsel shall file their motion for Attorneys' Fees, Costs, and Service Awards to the Class Representatives on or before *September 30*, 2016.

PROPOSED ORDER - 2
CASE NO. 3:14-CV-05730-BHS

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.338.4878
www.nka.com

11. The Court will conduct a Final Approval Hearing on **October 31**, 2016, at **10:00** a.m./p.m. to determine the overall fairness of the settlement and to determine the amount of attorneys' fees and costs to Class Counsel and Service Awards to the Class Representatives. The Final Approval Hearing may be continued without further notice to Class Members.

Signed this **20** day of **July**.

_____
UNITED STATES DISTRICT JUDGE
Honorable Benjamin H. Settle

PROPOSED ORDER - 3
CASE NO. 3:14-CV-05730-BHS

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.338.4878
www.nka.com