1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

8

9

10

SYBILLA RANDOLPH, KATHERINE ADAMS, CONNIE MALASKA, QUEONNA JACKSON, AND CHRISTINE KOCH, individually and on behalf of all others similarly situated,

11

                Plaintiffs,

12

        v.

13

14

CENTENE MANAGEMENT COMPANY, LLC,

15

                Defendant.

16

Case No. 3:14-cv-05730-BHS

**ORDER**

17

18

19

The above-titled matter came before this Court upon the Parties' Joint Motion for Final Approval of Settlement.  Based upon the memoranda, exhibits, and all the files and proceedings herein, the Court makes the following:

20

                    **ORDER**

21

1.      The Parties' Joint Motion for Final Approval of Settlement is **GRANTED**.

22

23

2.      The Parties' Settlement Agreement is approved as fair, reasonable, and adequate as to the members of the Rule 23 State Law Classes and FLSA Collective.

24

25

3.      The Court finds that the uncertainty and delay of further litigation strongly supports the reasonableness and adequacy of the $4,500,000.00 Settlement Amount.

26

4.      The payments out of the Settlement Amount shall be disbursed in accordance with the Settlement Agreement.

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.338.4878
www.nka.com

1    5.    Pursuant to 29 U.S.C. § 216(b), the Court maintains certification of the

2  following conditionally certified FLSA Collective pursuant to 29 U.S.C. § 216(b): All persons

3  who are, have been, or will be employed by Defendant as Case Managers (also known as prior

4  authorization, pre-certification, or concurrent review nurses) at any time from three years prior

5  to the filing of this Complaint through the entry of judgment, and whose job it was to apply

6  pre-determined criteria and guidelines to authorization requests submitted by healthcare

7  providers.

8    6.    Pursuant to Fed. R. Civ. P. 23, the Court maintains the class certification of the

9  following Rule 23 State Law Settlement Class for settlement purposes: All individuals who are

10  not FLSA Opt-In Plaintiffs and who were employed by Defendant in Washington, California,

11  Illinois, Missouri or Ohio as Case Manager utilization review nurses (also known as prior

12  authorization, pre-certification, or concurrent review nurses) at any time during the applicable

13  state law's statute of limitations period.

14    7.    The Court approves incentive payments to the Named Plaintiffs as follows:

15        a. $7,500.00 to Named Plaintiff Sybilla (Randolph) Walther;

16        b. $5,000.00 to Named Plaintiff  Katherine Adams;

17        c. $5,000.00 to Named Plaintiff Connie Malaska;

18        d. $5,000.00 to Named Plaintiff Queonna Jackson; and

19        e. $5,000.00 to Named Plaintiff Christine Koch.

20

21  Signed this 17th day of October, 2016.

22

23

24

25  _____

26  BENJAMIN H. SETTLE
     United States District Judge

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.338.4878
www.nka.com