THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SYBILLA RANDOLPH, KATHERINE ADAMS, CONNIE MALASKA, QUEONNA JACKSON, AND CHRISTINE KOCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC,<br><br>Defendant. | Case No. 3:14-cv-05730-BHS<br><br>**ORDER** |

The above-titled matter came before this Court upon Plaintiffs' Motion for Attorneys' Fees and Costs. Based upon the Court's ruling during the final approval hearing on October 17, 2016; the memoranda; exhibits; and all the files and proceedings herein, the Court makes the following:

## ORDER

1. Plaintiffs' Motion for Attorneys' Fees and Costs as modified by the Court during the October 17, 2016, hearing is **GRANTED**.

PROPOSED ORDER - 1
CASE NO. 3:14-CV-05730-BHS

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.338.4878
www.nka.com

2. Plaintiffs' Counsel's request for attorneys' fees as modified by the Court during the October 17, 2016, hearing is **GRANTED**. Plaintiff's Counsel is awarded attorneys' fees in the amount of one million three hundred fifty thousand dollars and 00/100 ($1,350,000.00) from the Gross Settlement Amount.

3. Plaintiffs' Counsel's request for reimbursement of litigation expenses and costs in the amount of thirty-five thousand six hundred ninety-seven dollars and 23/100 ($35,697.23) from the Gross Settlement Amount is **GRANTED**.

Signed this 28 day of November

_____
UNITED STATES DISTRICT JUDGE
Honorable Benjamin H. Settle

PROPOSED ORDER - 2
CASE NO. 3:14-CV-05730-BHS

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
TEL. 612.256.3200 • FAX 612.338.4878
www.nka.com